EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Aprobación de Cambio de Estatus Inactivo de enero de 2024 | 2024 TSPR 16<br><br>213 DPR ___ |

Número del Caso:  EM-2024-0003

Fecha:  28 de febrero de 2024

Materia: Aprobación de Cambio de Estatus Inactivo de enero de 2024.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Aprobación de Cambio de
Estatus Inactivo de                 EM-2024-0003
enero de 2024

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de febrero de 2024.

Durante el periodo de enero de 2024, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

| | |
|---|---|
| Boneta Carrión, Roberto | 3,460 |
| Ramírez Vale, Eddie | 3,919 |
| Alfonso De Guijarro, Lourdes | 5,582 |
| Rivera Allende, Olga L. | 11,891 |
| Álvarez Rosado, Natalie | 20,256 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo